FILED
U.S. DISTRICT COURT
EVANSVILLE DIVISION

2013 MAR 22 PM 4:24

SOUTHERN DISTRICT
OF INDIANA


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 3:13-cr- RLY/WGH-01/06 |
| ) | |
| ) | |
| WILLIAM ELDER, ET AL ) | 3:13-cr-17 RLY-WGH |
| ) | |
| ) | |
| Defendant, ) | |

## NOTICE OF APPEARANCE OF GOVERNMENT COUNSEL

Comes now the United States of America, by counsel, Joseph H. Hogsett, United States Attorney for the Southern District of Indiana, and Lauren M. Wheatley, Assistant United States Attorney, and respectfully informs this Honorable Court that the undersigned Assistant United States Attorney will serve as counsel for the prosecution of the above-entitled matter.

Respectfully submitted,

JOSEPH H. HOGSETT
UNITED STATES ATTORNEY

By: /S/ *Lauren M. Wheatley*
Lauren M. Wheatley
United States Attorney's Office
101 N.W. Martin Luther King, Jr. Blvd., Suite 250
Evansville, IN 47708-1951
Phone: (812) 465-6475
Fax: (812) 465-6443
E-mail: lauren.wheatley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on **March 22, 2013,** the foregoing Notice of Appearance was filed. Notice of this filing will be sent to the parties herein by electronic filing or by mailing a copy thereof on the day the indictment is filed. Parties may access this filing through the Court's system.

By: /S/ *Lauren M. Wheatley*
Lauren M. Wheatley
Assistant United States Attorney
Office of the United States Attorney
101 N.W. M.L.K. Blvd., Suite 250
Evansville, Indiana 47708
Telephone: (812) 465-6475
Fax: (812) 465-6443
E-mail: lauren.wheatley@usdoj.gov