# United States District Court

**SOUTHERN** DISTRICT OF **INDIANA**

UNITED STATES OF AMERICA
V.
MICHAEL CLARK

**WARRANT FOR ARREST**

CAUSE NUMBER: 3:13-cr-17-REY/WGH-04

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __MICHAEL CLARK__ and bring him or her forthwith to the nearest magistrate to answer a(n)

__XX__ Indictment ___ Information ___ Complaint ___ Order of Court ___ Violation Notice ___ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to distribute and to distribute 50 grams or more of methamphetamine and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Non-Narcotic Controlled Substance

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 841(b)(1)(A) and 846__

| | |
|---|---|
| LAURA A. BRIGGS | DISTRICT COURT CLERK |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | March 25, 2013 Evansville, Indiana |
| Signature of Issuing Officer CLERK | Date and Location |
| *[signature]* | by |
| (By) Deputy Clerk | Name of Judicial Officer |

Bail fixed at $ _____

SEALED

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at __USMS__ |

| DATE RECEIVED 3/25/13 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/5/13 | Jon Albright DUSM | *[signature]* |