UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| USA, | ) |
| | ) |
| Plaintiff, | ) NO. 3:13-cr-00017-RLY-WGH-4 |
| | ) |
| MICHAEL CLARK, | ) |
| | ) |
| Defendant. | ) |

# ENTRY FOR APRIL 5, 2013

## BEFORE THE HON. WILLIAM G. HUSSMANN, JR., MAGISTRATE JUDGE

This matter is before the Court on an Indictment filed on March 22, 2013.

The government appears by AUSA Lauren Wheatley. The defendant appears in person and with CJA counsel Steven Bohleber.

The defendant waives formal reading of the Indictment in open court. The defendant is advised of his rights, charges and possible penalties.

The government requests release of the defendant under standard conditions; the court determines the appropriate conditions of release, to be set in a separate order.

The court also sets a discovery deadline of 30 days.


Copies:
Steven Bohleber
U.S. Probation
U.S. Attorney
U.S. Marshal