UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CAUSE NO. 3:13-cr- WGH-04 |
| MICHAEL CLARK, | ) | |
| Defendant. | ) | |

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A) | 10 - Life | $ 10,000,000 | 5 Years |

Dated: 4/5/13

X _____
MICHAEL CLARK
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgment.

_____
WILLIAM G. HUSSMAN, JR.
United States Magistrate Judge
Southern District of Indiana