# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Laura A. Briggs

### Clerk of the Court

46 East Ohio Street, Room 105  
Indianapolis, Indiana  
46204  

921 Ohio Street  
Terre Haute, Indiana  
47807  

101 Northwest MLK Boulevard  
Evansville, Indiana  
47708  

121 West Spring Street  
New Albany, Indiana  
47150

December 8, 2016

Re: UNITED STATES OF AMERICA v. BRENDA DEER  
Cause Number:  
3:13−cr−00017−RLY−CMM

TO ALL COUNSEL OF RECORD:

     Pursuant to Title 28 U.S.C. §455, the above matter was reassigned from the docket of Judge Matthew P. Brookman to the docket of Judge Craig M. McKee on December 8, 2016. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 3:13−cr−00017−RLY−CMM should be used on all future filings.**

Sincerely,

Laura A. Briggs, Clerk of Court

By: s/Tricia M Blanford  
Tricia M Blanford, Deputy Clerk